640 A.2d 1152

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. LUIS JIJON, DEFENDANT-APPELLANT.

Argued May 2, 1994—Decided May 23, 1994.

*Mordecai Garelick,* Assistant Deputy Public Defender, argued the cause for appellant (*Susan L. Reisner,* Acting Public Defender, attorney).

*Catherine A. Foddai,* Deputy Attorney General, argued the cause for respondent (*Deborah T. Poritz,* Attorney General of New Jersey, attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 264 *N.J.Super.* 405, 624 *A.*2d 1029 (1993).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN join in this opinion.

*Opposed*—None.